# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL-MOGUL S.A., )<br>a Belgium Corporation, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRICO PRODUCTS CORPORATION, )<br>a New York Corporation, )<br>)<br>    Defendant. )<br>) | Case No. 2:13-cv-11578<br>Hon. George Caram Steeh |

H. Jonathan Redway (Va. Bar No. 42189)
DICKINSON WRIGHT PLLC
1875 Eye St., N.W., Suite 1200
Washington, D.C. 20006
Phone: (202) 659-6946
jredway@dickinsonwright.com

Michelle L. Alamo (P60684)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 40000
Detroit, Michigan 48226
Phone: (313) 223-3500
malamo@dickinsonwright.com
*Counsel for Plaintiff*

Gerald E. McGlynn, III (P41149)
BLISS MCGLYNN, P.C.
2075 West Big Beaver Road, Suite 600
Troy, Michigan 48084
Phone: (248) 649-6090
gemcglynn@ipdirection.com
*Counsel for Defendant*

## ORDER STAYING THIS ACTION PURSUANT TO 28 U.S.C. §1659 AND ADMINISTRATIVE CLOSING

Defendant, TRICO Products Corporation ("TRICO") has moved for an order staying this action pursuant to 28 U.S.C. § 1659(a) until a determination of the United States International Trade Commission ("ITC") becomes final in an investigation involving the same parties and the same patent that is involved in this lawsuit. Plaintiff, Federal-Mogul, S.A. has indicated that this motion is unopposed.  The Court has considered the matter.

IT IS ORDERED:

(1) Defendant's motion is granted;

(2) Pursuant to 28 USC § 1659(a), this lawsuit is hereby stayed until a determination of the United States International Trade Commission ("ITC") Inv. No. 337-TA-881 becomes final.

(3) This matter is administratively closed and may be re-opened upon notice by the parties that a final decision by ITC has been issued.

s/George Caram Steeh
United States District Judge

Dated:  June 26, 2013